**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed November 9, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00578-CR

## IN RE MICHAEL CHRISTOPHER MOORE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 21-CR-2272**

## MEMORANDUM MAJORITY OPINION

On October 14, 2021, relator Michael Christopher Moore filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kerry Neves, presiding judge of the 10th District Court of Galveston County, to grant relator an examining trial. *See* Tex. Code Crim. Proc. art. 16.01.

In his petition, relator asserts he requested an examining trial on July 14, 2021, prior to the issuance of an indictment; however, petitioner states that the "Grand Jury for the County of Galveston filed said indictment regarding case number 21-CR 2272, on August 10, 2021 . . . ." Relator contends this violated his constitutional rights. A defendant's right to an examining trial is ended by the return of an indictment. *State ex rel. Holmes v. Salinas*, 784 S.W.2d 421, 427 (Tex. Crim. App. 1990); *see also In re Richardson*, No. 14-04-00713, 2004 WL 1797589, at *1 (Tex. App.—Houston [14th Dist.] Aug. 12, 2004, orig. proceeding). "Due process considerations are not implicated since the primary purpose for the examining trial, a determination of probable cause, is at least as timely accomplished by presenting evidence directly to the grand jury." *Salinas*, 784 S.W.2d at 427.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

/s/     Kevin Jewell
        Justice

Panel consists of Justices Jewell, Spain, and Wilson (Spain, J., dissenting).
Do Not Publish — Tex. R. App. P. 47.2(b).